FILED 26 MAY '26 09:07 USDC-ORE

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT

## for the

### District of Oregon

### Court Room I Division

|  |  |
|---|---|
| JUSTIN ALDERMAN | Case No.    6:26-cv-00952-MTK |
| _____ | _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*   ☐ Yes   ☒ No |
| -v- | |
| NATHAN REA STARR249 | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

### I.    The Parties Filing This Answer to the Complaint

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | NATHAN REA STARR |
| Street Address | 24950 CULTUS LANE |
| City and County | BEND |
| State and Zip Code | OREGON 97701 |
| Telephone Number | 541-480-2913 |
| E-mail Address | cyncyc@gmail.com |

### II.    The Answer and Defenses to the Complaint

#### A.    Answering the Claims for Relief

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

**B.     Presenting Defenses to the Claims for Relief**

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1.     The court does not have subject–matter jurisdiction over the claims because *(briefly explain why there is no federal–question jurisdiction or diversity–of–citizenship jurisdiction; see the complaint form for more information)*

N/A

2.     The court does not have personal jurisdiction over the defendant because *(briefly explain)*

PLAINTIFF A LDERMAN HAS ABUSED THE COURT IN THE SALEM DISTRICT UNITED STATE COURT DEFENDANT BELIEVES CASE IS FILED IN THE WRONG DISTRICT

3.     The venue where the court is located is improper for this case because *(briefly explain)*

TH[E DEFENDANT STARR BELIEVES THE DISTRICT FOR THIS MATTER IS UNITHE STATES DISTRICT COURT OREGON DISTRICT OF  EUGENE

4.     The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

DID NOT HAVE THE DEFENDANT'S NAME ON THE SUMMONS OR COMPLAINT
IT WAS THROWN ON A CONFERENCE TABLE NOT PERSONLLY SERVED
ONE COPY FOR 6 DEFENDANTS   DID NOT HAVE A COURT RECEIVED STAM-
DID NOT HAVE A RESPONSE PACKAGE ATTACHED

5.     The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

THE PLAINTIFF SERVERED THE SUMMONS AND COMPLAINT HIMSELF
NO NOTICE OF SERVICE ATTACHED ONE SUMMONS AND COMPLAINT FOR 6
DEFENDANTS NO NAMES ON THE SUMMONS OR COMPLAINT

6.     The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*

DEFENDANT STARR NEVER PERSONLLY VIOLATED THE PLAINTIFF FIRST
AMANDENT  RIGHTS AS CLAIMED IN THE ENTITLED ACTION
THE DEFENDANT STARR NEVER HAD PRIOR NOTICE OF THE NOTICE OF
TRESPASS, THE DEFENDANT STARR NEVER HAD ANY CONTACT WITH J. REID,
ATTORNEY FOR AFD AND NEVER ANSWARDED THE DEFENDANTS PERSONAL
CALLS. THE DEFENDANT STARR HAD NONE OF THE ITEMS LISTED IN HIS
POSSESSION OR UNDER HIS CONTROL AS BOARD PRESIDENT OR FIRE TRUCT LT.

7.     Another party *(name)*     NONE AT THIS TIME     needs to be joined (added) in the case.  The reason is *(briefly explain why joining another party is required)*

N/A

a.    If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

The other party is a citizen of the State of *(name)*  N/A                                    .

Or is a citizen of *(foreign nation)*  N/A                                  . The amount of damages sought from this other party is *(specify the amount)*  $0.00                          .

b.    If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

N/A

## C.    Asserting Affirmative Defenses to the Claims for Relief

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met.  Any affirmative defense or avoidance must be identified in the answer.  Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*

RESTORE HIS RIGHT TO ATTEND THE FIRE DISTRICT BOARD MEETINGS  WAS NEVER VIOLATED BY THE DEFENDANTTARR.
THE DEFENDANT RESIGNED FROM THE BOARD AND FIRE DISTICT ON MAY 13 2026
ON MAY 22, 2026 THE BOARD MEETING WHICH PLAINTIFF ALDERMAN ATTENDED THE BOARD RESENDED THE ORER OF TRESPASS AND ORDERED J. REID TO NOTIFY THE COURT AND THE PLAINTIFF.,

is barred by *(identify one or more of the following that apply)*:

1.    Accord and satisfaction *(briefly explain)*

N/A

2.    Arbitration and award *(briefly explain)*

N/A

3.    Assumption of risk *(briefly explain)*

N/A

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

4.  Contributory or comparative negligence of the plaintiff *(briefly explain)*

N/A

5.  Duress *(briefly explain)*

N/A

6.  Estoppel *(briefly explain)*

N/A

7.  Failure of consideration *(briefly explain)*

N/A

8.  Fraud *(briefly explain)*

THE PLAINTIFF ALDERMAN DID MISLED THE COURT OUT OF THE SUMMARY HE
PRESENTED TO THE COURT FOR SUPPORTING DOCUMENTATION TO OBTAIN HIS
INJUNCTION . HIS FAILURE TO PLACE ALL DEFENDANTS NAMES ON SUMMONS
AND COMPLAINT. FAILURE TO REPORT HIS ACTION WHICH LED TO RESPASS
ORDER.

9.  Illegality *(briefly explain)*

N/A

10. Injury by fellow employee *(briefly explain)*

N/A

11. Laches (Delay) *(briefly explain)*

N/A

12. License *(briefly explain)*

N/A

13. Payment *(briefly explain)*

N/A

14. Release *(briefly explain)*

N/A

15. Res judicata *(briefly explain)*

N/A

16. Statute of frauds *(briefly explain)*

N/A

17. Statute of limitations *(briefly explain)*

N/A

18. Waiver *(briefly explain)*

N/A

19. Other *(briefly explain)*

PERJURY THE PLAINTIFF ALDERMAN WHEN FILING HIS CLAIM OF FIRST
AMENMENT RIGHTS DID PERJURY HIMSELF BY FILING FALSE INFORMATION TO
OBAIN THE COURT ORDERED INJUCTION DID BY MISINFORMING THE COURT
CLERK OF A PROPER SERVICE

**D.    Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)**

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought. Do not make legal arguments. State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct. If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

RESERVE THE RIGHT THIS SECTION OF RESPONSE , AS PLAINTIFF ABUSE OF
PROCESS

2. The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

RESERVE RIGHT TO AMAND THIS FILING AT A FURTURE DATE

3.    State briefly and precisely what damages or other relief the party asserting a counterclaim or cross-claim asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

    a.    The defendant asserting the counterclaim or cross-claim against *(specify who the claim is against)*   AMAND AT A FUTURE DATE   alleges that the following injury or damages resulted *(specify)*:

    b.    The defendant seeks the following damages or other relief *(specify)*:
    COURT COST, TRAVEL EXPENSE, ATTORNEY FEES

## III.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    05/26/2026

Signature of Defendant

Printed Name of Defendant    NATHAN REA STARR

### B.    For Attorneys

Date of signing:    05/26/2026

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

Signature of Attorney     _____

Printed Name of Attorney  _____

Bar Number                _____

Name of Law Firm          _____

Street Address            _____

State and Zip Code         _____

Telephone Number          _____

E-mail Address            _____